# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 51 MM 2023 |
| | : | |
| v. | : | |
| | : | |
| GENOA TRUSTY | : | |
| | : | |
| PETITION OF: CONOR J. WIGGINTON, ESQUIRE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of September, 2023, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Delaware County to determine whether Attorney Conor J. Wigginton should be permitted to withdraw. In the event Attorney Wigginton is permitted to withdraw, the court is also to determine any related questions, including whether Genoa Trusty is entitled to court-appointed counsel on allocatur review. *See* Pa.R.Crim.P. 904 (explaining that an indigent petitioner is entitled to court-appointed counsel on his or her first PCRA petition; further instructing that this representation shall continue through all avenues of appeal, including allocatur review).

The Court of Common Pleas of Delaware County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.